*These T's do not want to serve the A's until the underlying cr. case is resolved*

# GUY R. SCIOLLA
Attorney-At-Law
1910 Land Title Building
100 South Broad Street
Philadelphia, PA 19110



Telephone (215) 972-1544
Telecopier (215) 972-1545

Holly C. Dobrosky
Attorney-At-Law

Anne L. Sciolla
Paralegal / Notary Public

October 22, 2012

**VIA TELECOPIER 267-299-5069**
The Honorable Paul S. Diamond
Judge, United States District Court
United States Courthouse, Room 6613
601 Market Street
Philadelphia, PA 19106

RE:  EDWARD MCGILL V. POLICE OFFICER THOMAS LICIARDELLO, ET AL.
     CIVIL ACTION NO. 12-5690

Dear Judge Diamond:

As your Honor is aware, I represent the plaintiff, Edward McGill in the above-captioned matter. This letter will respond to your Honor's October 12, 2012 letter to me and confirm and follow-up on my October 19, 2012 telephone conversation with Carol regarding the aforesaid letter.

Please be advised that, as I advised Carol, we filed Mr. McGill's Complaint in this matter wherein we asserted various claims, including but not limited to civil rights violations for false arrest, against the defendants in order to preserve the statute of limitations on the false arrest claim. However, the underlying criminal case has not concluded. It is scheduled for trial on December 4, 2012.

Our intention was to wait until the underlying criminal case was resolved on December 4th prior to serving Mr. McGill's Complaint on the defendants. The reason for same is that if the criminal case is not resolved in Mr. McGill's favor, we expect to withdraw his Complaint.

Thank you for your Honor's time and attention to this matter.

Respectfully submitted,

*Holly Dobrosky*

HOLLY C. DOBROSKY