IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD MCGILL, : CIVIL ACTION
:
        Plaintiff :
:
:
vs. : NO. 12-5690
:
:
:
POLICE OFFICER THOMAS LICIARDELLO, et al,:
        Defendants. :

**ORDER**

        **AND NOW,** this 23rd day of October, 2012, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

        [ ]  -  Order staying these proceedings pending disposition of a related action.

        [ ]  -  Order staying these proceeding pending determination of arbitration proceedings.

        [ ]  -  Interlocutory appeal filed

        [X]  -  Other: <u>Order staying these proceedings pending the resolution of the underlying criminal case.</u>

it is
        **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

        **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

        **BY THE COURT:**

        s/paul s. diamond
        _____
        PAUL S. DIAMOND , J.