# GUY R. SCIOLLA
Attorney-At-Law
1910 Land Title Building
100 South Broad Street
Philadelphia, PA 19110



Telephone (215) 972-1544
Telecopier (215) 972-1545

Holly C. Dobrosky
Attorney-At-Law

Anne L. Sciolla
Paralegal /Notary Public

January 25, 2013

*VIA TELECOPIER 267-299-5069*
The Honorable Paul S. Diamond
Judge, United States District Court
United States Courthouse, Room 6613
601 Market Street
Philadelphia, PA  19106

**FILED**

FEB - 5 2013

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

RE: EDWARD MCGILL V. POLICE OFFICER THOMAS LICIARDELLO, ET AL.
CIVIL ACTION NO. 12-5690

Dear Judge Diamond:

As your Honor is aware, I represent the plaintiff, Edward McGill in the above-captioned matter. Mr. McGill's underlying criminal charges were pending at the time I filed Mr. McGill's Complaint in federal court. Therefore, your Honor issued an Order on October 23, 2012 and ruled that this matter is currently "stayed...pending resolution of the underlying criminal case."

Now, however, Mr. McGill's underlying criminal case in Philadelphia County at CP-51-CR-0015609-2010 is resolved. Specifically, on January 14, 2013 the District Attorney's Office Nolle Prossed all of Mr. McGill's charges.

Based on the aforesaid, I respectfully request that your Honor lift the stay in this matter.

In addition, subsequent to filing Mr. McGill's Complaint I learned of information which I believe will support a successful Monell claim in this matter. Therefore, I expect to draft a Motion to Amend Plaintiff's Complaint no later than February 1, 2013.

Lastly, I have advised the assigned defense counsel, Armando Brigandi, Esquire of the aforesaid during a telephone conversation a few moments ago.

The Honorable Paul S. Diamond
Judge, United States District Court
January 25, 2013
Page 2

Thank you for your Honor's time and attention to this matter.

Respectfully submitted,

*Holly C. Dobrosky*

HOLLY C. DOBROSKY

cc:   Armando Brigandi, Esquire