

**KRASNER HUGHES LONG**
ATTORNEYS

July 15, 2013

1221 Locust Street
The Tiger Building
Philadelphia, PA 19107

Tel. 215.731.9500
Fax. 215.731.9908

www.krasnerhugheslong.com

Lawrence S. Krasner
Evan T.L. Hughes
Lloyd Long, III
Brian M. Collins

Ronald Ervais, of counsel

**VIA FACSIMILE (267) 299-5069**
The Honorable Paul S. Diamond
United States Courthouse
Suite 6613
601 Market Street
Philadelphia, PA 19106

**FILED**

JUL 1 6 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

RE:   McGill v. Liciardello, et al.
      No.: 12-5690
      And related narcotics squad cases

Dear Judge Diamond:

This will confirm that, while we have reason to believe there is an ongoing federal, state and/or Philadelphia Police investigation of defendants, Philadelphia officers in the above captioned matter, we have no additional information to provide at this time. For obvious reason, law enforcement entities are often reluctant to advise on the existence and/or progress of investigators.

If Your Honor has any questions or concerns, please feel free to contact me.

Respectfully,

LAWRENCE KRASNER

LK/tn
cc: Jeffrey M. Scott, Esquire (via email)
    Jeffrey M. Kolansky, Esquire (via email)
    Armando Brigandi, Esquire (via email)
    All Plaintiffs' Counsel on related cases (via email)

Krasner, Hughes, & Long, LLC