IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD MCGILL, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 12-5690 |
| | : | |
| POLICE OFFICER THOMAS | : | |
| LICIARDELLO, *individually and in* | : | |
| *his official capacity*, **et al.**, | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

**AND NOW**, this 28th day of February, 2014, it is hereby **ORDERED** that Defendants' cellular service providers shall preserve all requested information pending further order of this Court. Accordingly, as set forth in the subpoenas dated February 27, 2014:

1. AT&T Mobility shall preserve all call and text message records from 2003 through the present for the following telephone numbers:

    a. ▮▮▮▮▮▮▮▮ ;
    b. ▮▮▮▮▮▮▮▮ ;
    c. ▮▮▮▮▮▮▮▮ ;
    d. ▮▮▮▮▮▮▮▮ ;
    e. ▮▮▮▮▮▮▮▮ ;
    f. ▮▮▮▮▮▮▮▮ ;
    g. ▮▮▮▮▮▮▮▮ ;
    h. ▮▮▮▮▮▮▮▮ ;
    i. ▮▮▮▮▮▮▮▮ ;

    j. ███████;
    k. ███████;
    l. ███████;
    m. ███████;
    n. ███████;
    o. ███████

2. T-Mobile shall preserve all call and text message records from 2003 through the present for telephone number:

    a. ███████

3. Net-10 shall preserve all call and text message records from 2003 through the present for telephone number:

    a. ███████

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

**PAUL S. DIAMOND, J.**