# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD MCGILL,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 12-5690 |
| : | and all related cases |
| **POLICE OFFICER THOMAS** : | |
| **LICIARDELLO,** *individually and in* : | |
| *his official capacity*, **et al.,** : | |
| Defendants. : | |
| : | |

## ORDER

**AND NOW**, this 13th day of August, 2014, it is hereby **ORDERED** that the lead case, Civ. No. 12-5690, shall be returned to the active docket for final disposition. All related cases shall remain closed for statistical purposes.

                                         **AND IT IS SO ORDERED.**

                                         */s/ Paul S. Diamond*
                                         _____
                                         Paul S. Diamond, J.