

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD McGILL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER | : | No. 12-5690 |
| THOMAS LICIARDELLO | : | and related cases |
| (individually and in his | : | |
| official capacity), et al. | : | |

FILED
AUG 1 4 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### INTERIM CASE MANAGEMENT ORDER

ON THIS 15th DAY OF August, 2014, IT IS HEREBY ORDERED THAT:

1) This Interim Case Management Order shall remain in effect while *United States v. Liciardello, et. al*, No. 2:14-cr-0412 is active at the district court level in the United States District Court for the Eastern District of Pennsylvania, or until further order of this Court.

2) The parties are permitted to conduct paper-only discovery on their claims pursuant to *Monell v. Department of Social Services*, 436 U.S. 658 (1978).
   a. The discovery taken may only encompass incidents or transactions occurring on or prior to December 31, 2005.
   b. No depositions may be taken in the absence of an order from this Court.

3) The City of Philadelphia shall promptly provide plaintiffs' counsel with police paperwork generated in each filed case that has been consolidated before this Court for pretrial purposes. This is a continuing obligation for each case subsequently filed and consolidated.

4) Any and all discovery requests shall be served on the United States Attorney's Office for the Eastern District of Philadelphia. In the event that office objects to any discovery requests, they shall notify this Court and the parties immediately.

5) This Order shall apply to all cases subsequently consolidated before this Court for pretrial purposes.

BY THE COURT:

_____
Diamond, J.