IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD MCGILL,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 12-5690 |
| **POLICE OFFICER THOMAS** | : | |
| **LICIARDELLO, et al.,** | : | |
| Defendants. | : | |
| | : | |

# **O R D E R**

**AND NOW**, this 30th day of October, 2015, it is **ORDERED** as follows:

1. The Clerk shall place the above-captioned case in suspense.

2. All filings in these proceedings shall continue to be filed under the lead docket number (13-2773).

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.